# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 4683 | **DATE** | 1/23/2012 |
| **CASE TITLE** | St. John vs. Advance Stores Company, Inc. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's motion to remand [25] is granted, and Defendant Walgreen Co.'s motion to dismiss [35] is denied as moot. The Clerk is directed to remand this action to the Circuit Court of Cook County.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

This case was removed to federal court from the Circuit Court of Cook County on July 11, 2011. On December 8, 2011, Plaintiff filed both an amended complaint [9] and a motion to remand [12]. The amended complaint sought to join to the action additional Defendants that are citizens of Illinois and thus destroy the complete diversity of citizenship upon which federal jurisdiction is premised. After the filing of the December 8 motions, this case was transferred to the docket of the undersigned from the previously assigned judges.

Recognizing that the first amended complaint had been filed without leave of court, Plaintiff filed a motion for leave to file that amended complaint [16], which the Court granted on December 19, 2011. As stated on the record in open court, the amended complaint prematurely filed on December 8 [9] was deemed to be filed as of December 19. Because the motion to remand was premature until leave to file the amended complaint was granted, the initial motion to remand [12] was stricken without prejudice.

On January 3, 2012, Plaintiff renewed her motion to remand [25]. No other party appeared at the hearing on the motion to remand and counsel for Plaintiff indicated that, to his knowledge, the motion was unopposed. Having carefully reviewed the motion, it appears that complete diversity of citizenship is now lacking, and that this Court no longer has subject matter jurisdiction. Accordingly, Plaintiff's motion to remand [25] is granted and the Court is directed to remand this case to the Circuit Court of Cook County.

| STATEMENT |
|---|
| In light of the foregoing discussion, the motion to dismiss filed by Defendant Walgreen Co. [35] is denied as moot; Walgreen Co. acknowledges that it is a citizen of Illinois and its assumption that the amended complaint was not timely filed is incorrect. |